*
BRENT L. RYMAN, ESQ. (SBN #008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89509
(775) 786-3930
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY GONZALES, an individual and MARIA GONZALES, an individual, | Case No.: 2:18-cv-01762-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT NICHOLAS AUGUSTINE WITHOUT PREJUDICE** |
| v. | |
| NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, SHERIFF SHARON WEHRLY, DEPUTY NICHOLAS AUGUSTINE; and DOES 1 to 10, | |
| Defendants. | |

COMES NOW, the parties, by and through their Attorneys of Record, and hereby stipulate that Defendant DEPUTY NICHOLAS AUGUSTINE be dismissed from this matter, without prejudice, with all parties to bear their own court costs and attorney's fees, if any. The parties further agree that the pending Motion to Dismiss (#5) filed by Mr. Augustine is rendered moot by this dismissal.

///

///

DATED this 4th day of February, 2019.

      ERICKSON, THORPE & SWAINSTON, LTD.

      By  /s/ Brent Ryman
        BRENT L. RYMAN, ESQ. (SBN #008648)
        ERICKSON, THORPE & SWAINSTON
        99 West Arroyo Street
        Reno, Nevada 89509
        Telephone: (775) 786-3930
        *Attorneys for Defendants*

DATED this 4th day of February, 2019.

      GIBSON LAW GROUP, PLLP

      By  /s/ Tom Gibson
        THOMAS J. GIBSON, ESQ. (SBN #003995)
        GIBSON LAW GROUP, PLLP
        2340 East Calvada Blvd., Suite 5
        Pahrump, Nevada 89048
        Telephone: (775) 209-1035
        *Attorneys for Plaintiffs*

///

///

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED February 12, 2019.

            _____
            U.S. DISTRICT COURT JUDGE



# **CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service
X  CMECF electronic service

addressed to the following:

*THOMAS P. GIBSON, ESQ.*
*GIBSON LAW GROUP, PLLP*
*2340 East Calvada Blvd., Suite 5*
*Pahrump, Nevada 89048*

DATED this 4th day of February, 2019.

                                              /s/ Brent Ryman
                                              BRENT RYMAN


ERICKSON, THORPE & SWAINSTON, LTD.